**THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

MARK BREAKIRON,

Petitioner,

                                      CIVIL ACTION NO. 00-300

v.

                                        Judge William L. Standish

MARTIN HORN, et al.

Respondents.


## O R D E R

AND NOW, this _30th_ day of September 2005, it is hereby
ORDERED that the Court will conduct a status conference on
**October 21, 2005, at 3:00 p.m.**  Counsel shall be prepared to
discuss the status of discovery and inform the Court as to
whether an evidentiary hearing will be necessary.

Counsel may participate in this status conference via the
telephone.  If counsel chooses to participate by telephone, he or
she must notify the Court of his or her intent to do so by
October 10, 2005.

                      BY THE COURT:

                      *William S. Standish*
                      William L. Standish
                      Senior United States District Court Judge
                      Western District of Pennsylvania


cc:  All Counsel of Record