IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK BREAKIRON, | : |
| Petitioner, | : |
| | : CIVIL ACTION |
| v. | : |
| | : No. 00 - 300: |
| MARTIN HORN, Commissioner, | : |
| Pennsylvania Department of Corrections; | : Judge Standish |
| CONNOR BLAINE, Superintendent of the | : |
| State Correctional Institution at Greene, and | : **THIS IS A CAPITAL CASE**. |
| JOSEPH P. MAZURKIEWICZ, | : |
| Superintendent of the State Correctional | : |
| Institution at Rockview, | : |
| Respondents. | : |

**ORDER**

And now, this _____ day of _____, 2005, upon consideration of Petitioner's Unopposed Motion for Rescheduling Status Conference, it is hereby ORDERED that Petitioner's Motion is GRANTED. The Status conference scheduled for October 21, 2005 at 3:00 p.m. is RESCHEDULED until the _____ day of _____, 2005 at _____.

                                                          BY THE COURT:

                                                          _____
                                                          Hon. William Standish, J.

Dated: