IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MARK BREAKIRON,                    )
                                   )
                Plaintiff,         )
                                   )
        vs.                        )   Civil Action No. 00-300
                                   )
MARTIN HORN, Commissioner,         )
Pennsylvania Department of         )
Corrections; CONNOR BLAINE,        )
Superintendent of the State        )
Correctional Institution at        )
Greene, and JOSEPH P.              )
MAZURKIEWICZ, Superintendent       )
of the State Correctional          )
Institution at Rockview,           )
                                   )
                Defendants.        )

O R D E R

AND NOW, this 13th day of October, 2005 petitioner has

filed an unopposed motion to reschedule the status conference in

the above-captioned action.

It is hereby ORDERED that the motion be and hereby is

GRANTED and the status conference is rescheduled from October 21,

2005, to Friday, November 4, 2005, at 3:00 p.m., Courtroom No.

6A, USPO & Courthouse, Pittsburgh, Pennsylvania.

William L. Standish
United States District Judge

cc:  Kathy Swedlow, Esquire
     Defender Association of
     Philadelphia,
     Capital Habeas Unit
     The Curtis Center
     Suite 545 West
     Independence Square West
     Philadelphia, PA 19106

     James Anderson, Esquire
     Federal Public Defenders Office
     Capital Habeas Corpus Unit
     1001 Liberty Avenue
     1450 Liberty Center
     Pittsburgh, PA 15222-3714

     Christopher D. Carusone, Esquire
     Office of the Attorney General
     15th Floor, Strawberry Square
     Harrisburg, PA 17120

     Marianne K. Fogelsanger, Esquire
     William H. Ryan, Jr., Esquire
     Office of the Attorney General
     Strawberry Square
     16th Floor
     Harrisburg, PA 17120