# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MARK BREAKIRON )
)
vs. ) Civil Action 00-300
COMMISSIONER MARTIN HORN, )
Pennsylvania Department of Corrections )
Defendants )

HEARING ON   Case Management Conference

Before   WILLIAM L. STANDISH

JAMES ANDERSON              CHRISTOPHER CARUSONE
TRICIA RUSSELL                       via telecom

Appear for Plaintiff                                 Appear for Defendant

Hearing Begun   3:00 PM   11/4/05            Hrg Adjourned to

Hrg concluded C.A.V.   3:30 pm 11/4/05      Stenographer MICHAEL POWERS
                                                                        Law Clerk CCS

WITNESSES
For Plaintiff                                             For Defendant

Petitioner to file Motion to Compel Discovery on Nov. 4, 2005;
Commonwealth response due Nov. 18, 2005.
Petitioner to file Motion for Summary Judgment on Claims 1 and 3
by Nov. 10, 2005; response due December 9, 2005.
Petitioner to file Motion to Amend Discovery Request by
Nov. 10, 2005; response due Nov. 25, 2005
Discovery closes December 16, 2005
Counsel to file joint draft order of Court for Protective
Order