IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK BREAKIRON, | : |
| Petitioner, | : |
| | : CIVIL ACTION |
| v. | : |
| | : No. 00 - 300: |
| MARTIN HORN, Commissioner, | : |
| Pennsylvania Department of Corrections; | : Judge Standish |
| CONNOR BLAINE, Superintendent of the | : |
| State Correctional Institution at Greene, and | : **THIS IS A CAPITAL CASE**. |
| JOSEPH P. MAZURKIEWICZ, | : |
| Superintendent of the State Correctional | : |
| Institution at Rockview, | : |
| | : |
| Respondents. | : |

**ORDER**

And now, this _____ day of _____, 2005, upon consideration of Petitioner's Motion to Amend Petitioner's Request for Production of Documents, it is hereby ORDERED that Petitioner's Motion is GRANTED.

By the _____ day of _____, 2005, Respondents shall provide Petitioner with the Fayette County District Attorney's files relating to the prosecution of Ellis Price, Robert Price, Kevin Price and Mark DiMatteo for the assault and robbery against Vincent Sterbutzal on January 8, 1986.

BY THE COURT:

_____
Hon. William Standish, J.

Dated: