IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK BREAKIRON, | : |
| Petitioner, | : |
| | : CIVIL ACTION |
| v. | : |
| | : No. 00 - 300: |
| MARTIN HORN, Commissioner, | : |
| Pennsylvania Department of Corrections; | : Judge Standish |
| CONNOR BLAINE, Superintendent of the | : |
| State Correctional Institution at Greene, and | : **THIS IS A CAPITAL CASE**. |
| JOSEPH P. MAZURKIEWICZ, | : |
| Superintendent of the State Correctional | : |
| Institution at Rockview, | : |
| Respondents. | : |

**ORDER**

And now, this _____ day of _____, 2005, upon consideration of Petitioner's Motion for Brief Extension to File its Motion for Summary Judgment, it is hereby ORDERED that Petitioner's Motion is GRANTED. Petitioner shall have until Tuesday, November 15, 2005, to file its Motion for Summary Judgment.

BY THE COURT:

_____
Hon. William Standish, J.

Dated: