IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

_____
:
MARK BREAKIRON, :
:
         Petitioner, :
: CIVIL ACTION
    v. :
: No. 00 - 300:
MARTIN HORN, Commissioner, :
Pennsylvania Department of Corrections; : Judge Standish
CONNOR BLAINE, Superintendent of the :
State Correctional Institution at Greene, and : **THIS IS A CAPITAL CASE**.
JOSEPH P. MAZURKIEWICZ, :
Superintendent of the State Correctional :
Institution at Rockview, :
:
         Respondents. :
_____

_____

**ORDER**

_____

And now, this _____ day of _____, 2005, upon consideration of Petitioner's Motion for Summary Judgment on Claims 3 and 1, it is hereby ORDERED that Petitioner's Motion is GRANTED.

                    BY THE COURT:


                    _____
                    Hon. William Standish, J.

Dated: