IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MARK BREAKIRON,

    Petitioner,

v.

MARTIN HORN, Commissioner,
Pennsylvania Department of Corrections;
CONNOR BLAINE, Superintendent of the
State Correctional Institution at Greene, and
JOSEPH P. MAZURKIEWICZ,
Superintendent of the State Correctional
Institution at Rockview,

    Respondents.

CIVIL ACTION

No. 00 - 300:

Judge Standish

**THIS IS A CAPITAL CASE.**

## ORDER

And now, this 16th day of Nov, 2005, upon consideration of Petitioner's Motion for Brief Extension to File its Motion for Summary Judgment, it is hereby ORDERED that Petitioner's Motion is GRANTED. Petitioner shall have until Tuesday, November 15, 2005, to file its Motion for Summary Judgment.

BY THE COURT:

_____
Hon. William Standish, J.

Dated: