IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MARK BREAKIRON,  :
    Petitioner  :
      :   Civil Action No. 00-300
v.  :
      :   Judge William L. Standish
MARTIN HORN, et al.,  :
    Respondents  :   THIS IS A CAPITAL CASE

## ORDER

AND NOW, this 12TH day of December, 2005, the respondents' unopposed motion for brief extension of time to file their reply to the petitioner's motion for summary judgment is GRANTED. Respondents' reply shall be due on or before December 15, 2005.

BY THE COURT:

_____
for Honorable William Standish, J.

3