IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

_____
:
MARK BREAKIRON,                          :
                                         :
       Petitioner,                     :
                                         :   CIVIL ACTION
       v.                              :
                                         :   No. 00 - 300:
MARTIN HORN, Commissioner,               :
Pennsylvania Department of Corrections;  :   Judge Standish
CONNOR BLAINE, Superintendent of the     :
State Correctional Institution at Greene, and : **THIS IS A CAPITAL CASE**.
JOSEPH P. MAZURKIEWICZ,                  :
Superintendent of the State Correctional :
Institution at Rockview,                 :
                                         :
       Respondents.                    :
_____

_____

**ORDER**
_____

      And now, this _____ day of _____, 200__, upon consideration of Petitioner's Motion to Extend Discovery Period Beyond December 16, 2005, it is hereby ORDERED that Petitioner's Motion is GRANTED.  The discovery period shall remain open thirty (30) days past the resolution of the currently pending discovery motions and/or the production of the relevant documents – whichever is later.

                                                _____

                                                Hon. William Standish, J.

Dated: