IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK BREAKIRON, | : |
| Petitioner, | : |
| v. | : CIVIL ACTION |
| | : No. 00 - 300: |
| MARTIN HORN, Commissioner, | : |
| Pennsylvania Department of Corrections; | : Judge Standish |
| CONNOR BLAINE, Superintendent of the | : |
| State Correctional Institution at Greene, and | : **THIS IS A CAPITAL CASE.** |
| JOSEPH P. MAZURKIEWICZ, | : |
| Superintendent of the State Correctional | : |
| Institution at Rockview, | : |
| Respondents. | : |

## ORDER

And now, this 20th day of December, 2005, upon consideration of Petitioner's Motion to Extend Discovery Period Beyond December 16, 2005, it is hereby ORDERED that Petitioner's Motion is GRANTED. The discovery period shall remain open thirty (30) days past the resolution of the currently pending discovery motions. ~~and/or the production of the relevant documents— whichever is later~~.

for Hon. William Standish, J.

Dated: