IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK BREAKIRON, | : | |
|     Petitioner | : | |
| | : | Civil Action No. 00-300 |
| v. | : | |
| | : | Judge William L. Standish |
| MARTIN HORN, et al., | : | |
|     Respondents | : | THIS IS A CAPITAL CASE |

### ORDER

AND NOW, this 20TH day of December, 2005, the respondents' motion for leave to file an amended answer is hereby GRANTED.

BY THE COURT:

_____
Hon. William L. Standish