IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK BREAKIRON, | : |
| Petitioner, | : |
| v. | : CIVIL ACTION |
| | : No. 00 - 300: |
| MARTIN HORN, Commissioner, | : |
| Pennsylvania Department of Corrections; | : Judge Standish |
| CONNOR BLAINE, Superintendent of the | : |
| State Correctional Institution at Greene, and | : **THIS IS A CAPITAL CASE.** |
| JOSEPH P. MAZURKIEWICZ, | : |
| Superintendent of the State Correctional | : |
| Institution at Rockview, | : |
| Respondents. | : |

## ORDER

And now, this _8th_ day of _February_, 2006, upon consideration of Petitioner's Motion to Amend Petitioner's Request for Production of Documents, it is hereby ORDERED that Petitioner's Motion is GRANTED.

By the _10th_ day of _March_, 2006, Respondents shall provide Petitioner with the Fayette County District Attorney's files relating to the prosecution of Ellis Price, Robert Price, Kevin Price and Mark DiMatteo for the assault and robbery against Vincent Sterbutzal on January 8, 1986.

BY THE COURT:

_Thos M. Hardiman_
for   Hon. William Standish, J.

Dated: