IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK BREAKIRON, | : |
| Petitioner, | : |
| v. | : CIVIL ACTION |
| | : No. 00 - 300: |
| MARTIN HORN, Commissioner, Pennsylvania Department of Corrections; CONNOR BLAINE, Superintendent of the State Correctional Institution at Greene, and JOSEPH P. MAZURKIEWICZ, Superintendent of the State Correctional Institution at Rockview, | : Judge Standish |
| | : **THIS IS A CAPITAL CASE**. |
| Respondents. | : |

## ORDER

And now, this  8th  day of  February, 2006, upon consideration of Petitioner's Motion for Production of Documents Withheld, or in the Alternative, for a More Detailed Privilege Log and Consolidated Memorandum of Law, and Respondent's response thereto, it is hereby ORDERED that Petitioner's Motion is GRANTED in PART.

By the  10th  day of  March, 2006, Respondents shall provide Petitioner a privilege log detailing the following for each document withheld:.

    (1)    Identify the type of document (such as letter, memo, or notes)
    (2)    Identify the author(s) of the document.
    (3)    Identify the sender(s) of the document.
    (4)    Identifying each recipient of the document.
    (5)    The date(s) on which the document was prepared.

(6)  A brief description of the nature and subject matter of the document(s)
(7)  The circumstances upon which the claim of work product protection is based.

BY THE COURT:

*Thos M. Hardin*
for Hon. William Standish, J.

Dated: