IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK BREAKIRON, : | |
| : | |
| Petitioner, : | |
| : | CIVIL ACTION |
| v. : | |
| : | No. 00 - 300: |
| MARTIN HORN, Commissioner, : | |
| Pennsylvania Department of Corrections; : | Judge Hardiman |
| CONNOR BLAINE, Superintendent of the : | |
| State Correctional Institution at Greene, and : | **THIS IS A CAPITAL CASE**. |
| JOSEPH P. MAZURKIEWICZ, : | |
| Superintendent of the State Correctional : | |
| Institution at Rockview, : | |
| : | |
| Respondents. : | |

**ENTRY AND WITHDRAWAL OF APPEARANCE**

Please enter my appearance as co-counsel for Petitioner, along with James Anderson, Esq., whose appearance has previously been filed.  Please withdraw the appearance of Kathy Swedlow, Esq., who is no longer employed by the Defender Association of Philadelphia.

>  /s/Stuart Lev
>  Stuart Lev, Esq.
>  Capital Habeas Corpus Unit
>  Federal Court Division
>  Defender Association of Philadelphia
>  Suite 545W -- The Curtis Center
>  Independence Sq. West
>  Philadelphia, PA 19106
>  (215) 928-0520

Dated:        February 24, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a true and correct copy of the foregoing notice of appearance to be served on the following person at the location and in the manner indicated below:

BY FIRST CLASS MAIL

Christopher Carusone, Esq.
Office of Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120

/s/ Stuart Lev
Stuart Lev, Esq.

Dated: February 24, 2006