# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MARK BREAKIRON )
)
)
Plaintiff(s) )
vs. )    2:00cv300
COMMISSIONER MARTN HORN, et al., )
)
)
Defendant(s) )

**HEARING ON**   telephonic status conference

**Before**   Judge Thomas M. Hardiman

James Anderson, Esq.                                    Chris Carusone, Esq.
Stu Lev, Esq.
Trisha Russel
Appear for Plaintiff                                    Appear for Defendant

Hearing Begun   9:00 a.m. 2/28/06                       Hrg Adjourned to

Hrg concluded C.A.V. 9:30 a.m. 2/28/06                  Stenographer  —

### WITNESSES
For Plaintiff                                           For Defendant

After discovery, Petitioner will Amended Claim 4. The parties agreed that a hearing on Amended Claim 4 will be necessary. The court will vacate the order that ends discovery on 2-28-06. The court will dismiss without prejudice the summary judgment motion.