IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK BREAKIRON, | : | |
| Petitioner | : | |
| | : | Civil Action No. 00-300 |
| v. | : | |
| | : | Judge William L. Standish |
| MARTIN HORN, et al., | : | |
| Respondents | : | THIS IS A CAPITAL CASE |

## MOTION TO WITHDRAW APPEARANCES

Respondents, by and through its attorneys, requests that the appearances of William H. Ryan, Jr., Robert A. Graci, and Marianne K. Fogelsanger be withdrawn in the above referenced case for the reasons set forth below.

1. William H. Ryan, Jr. is currently the First Deputy Attorney General for the Commonwealth of Pennsylvania. In his capacity as First Deputy, Ryan oversees all legal and administrative matters for the Office of Attorney General. As First Deputy he also serves as the principal advisor to Attorney General Corbett on all major issues. In this capacity, he does not personally handle any cases.

2. Robert A. Graci and Marianne K. Fogelsanger are no longer employed by the Office of Attorney General.

3. Christopher D. Carusone, Senior Deputy Attorney General, Capital Litigation Unit, is the attorney handling the case for respondents.

WHEREFORE, for the reasons set forth above, respondents request the Court grant this motion for withdraw on behalf of William H. Ryan, Jr., Robert A. Graci and Marianne K. Fogelsanger.

        Respectfully submitted,

        **THOMAS W. CORBETT, JR.**
        **Attorney General**

        ___*[s] Christopher D. Carusone*___
**BY:**  **CHRISTOPHER D. CARUSONE**
        **Senior Deputy Attorney General**
        **Attorney ID# 71160**

**OFFICE OF ATTORNEY GENERAL**
**Criminal Law Division, Capital Litigation Unit**
**16th Floor, Strawberry Square**
**Harrisburg, PA  17120**
**(717) 787-6348**

**Date: March 8, 2006**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARK BREAKIRON,** | : | |
| Petitioner | : | |
| | : | Civil Action No. 00-300 |
| v. | : | |
| | : | Judge William L. Standish |
| **MARTIN HORN, et al.,** | : | |
| Respondents | : | THIS IS A CAPITAL CASE |

## CERTIFICATE OF SERVICE

AND NOW, this 8th day of March, 2006, I, Christopher D. Carusone, Senior Deputy Attorney General, counsel for respondents in the above-captioned matter, hereby certify that I this day served the foregoing **Motion To Withdraw Appearances** by causing a copy of the same to be transmitted *via* email, addressed as follows:

> James Anderson, Esquire
> Assistant Federal Public Defender
> Capital Habeas Corpus Unit
> 1450 Liberty Center
> 1001 Liberty Avenue
> Pittsburgh, PA 15222-3714
> James Anderson [James_Anderson@fd.org]
> (Counsel for Petitioner)

    *[s] Christopher D. Carusone*
CHRISTOPHER D. CARUSONE
Senior Deputy Attorney General