# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARK BREAKIRON,** : | |
|     **Petitioner** : | |
| : | Civil Action No. 00-300 |
| v. : | |
| : | Judge William L. Standish |
| **MARTIN HORN, et al.,** : | |
|     **Respondents** : | THIS IS A CAPITAL CASE |

## ORDER

AND NOW this ____ day of March, 2006, the Motion To Withdraw Appearances filed by the Commonwealth of Pennsylvania is Granted. The appearances of William H. Ryan, Jr., Robert A. Graci, and Marianne K. Fogelsanger are withdrawn in the above referenced case.

                                                                                          _____
                                                                                          J.