🖋 AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

WESTERN _____ DISTRICT OF _____ PENNSYLVANIA

MARK BREAKIRON

## NOTICE

V.

COMMISSIONER MARTIN HORN, et al.          CASE NUMBER:   2:00-cv-0300

TYPE OF CASE:

x   **CIVIL**          ☐  **CRIMINAL**

x   **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | COURTROOM 5B, FIFTH FLOOR |
|---|---|
| 5260 United States District Court<br>700 Grant Street<br>Pittsburgh, Pennsylvania  15219 | DATE AND TIME<br>**Thursday, May 4, 2006 at 2:00 PM** |

TYPE OF PROCEEDING

### TELEPHONIC STATUS CONFERENCE
**Judge Hardiman's chambers will initiate the conference call.  If you will be unavailable at the phone number listed below please advise the Court where you can be reached.**

**TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

THOMAS M. HARDIMAN
United States District Judge

April 7, 2006                                    s/ Kay Wilkinson

DATE                                    (BY) Kay Wilkinson, Secretary to Judge Thomas  M. Hardiman

To:

James Anderson
Federal Public Defender's Office
Capital Habeas Corpus Unit
1001 Liberty Avenue
1450 Liberty Center
Pittsburgh, PA 15222-3714
(412) 644-6565

Stuart B. Lev
Defender Association of Philadelphia
601 Walnut Street
The Curtis Center
Suite 545 - W
Philadelphia, PA 19106
(215) 928-0520

Christopher D. Carusone
Office of Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120
(717) 787-6347