✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

<u>            WESTERN            </u> DISTRICT OF <u>            PENNSYLVANIA            </u>

MARK BREAKIRON

**NOTICE**

V.

COMMISSIONER MARTIN HORN, et al.        CASE NUMBER: 2:00-cv-0300

TYPE OF CASE:

    x   **CIVIL**       ☐  **CRIMINAL**

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | COURTROOM 5B, FIFTH FLOOR |
|---|---|
| 5260 United States District Court<br>700 Grant Street<br>Pittsburgh, Pennsylvania   15219 | DATE AND TIME |

TYPE OF PROCEEDING

**TELEPHONIC STATUS CONFERENCE**
**Judge Hardiman's chambers will initiate the conference call.   If you will be unavailable at the phone number listed below please advise the Court where you can be reached.**

x   **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
|  | **Thursday, May 4, 2006 at 2:00 PM** | **Wednesday, May 3, 2006 at 2:00 PM** |

<u>THOMAS M. HARDIMAN            </u>
United States District Judge

<u>April 11, 2006                              </u>         s/ Kay Wilkinson
DATE                                                   (BY) Kay Wilkinson, Secretary to Judge Thomas  M. Hardiman

To:

| James Anderson<br>Federal Public Defender's Office<br>Capital Habeas Corpus Unit<br>1001 Liberty Avenue<br>1450 Liberty Center<br>Pittsburgh, PA 15222-3714<br>(412) 644-6565 | Stuart B. Lev<br>Defender Association of Philadelphia<br>601 Walnut Street<br>The Curtis Center<br>Suite 545 - W<br>Philadelphia, PA 19106<br>(215) 928-0520 | Christopher D. Carusone<br>Office of Attorney General<br>16th Floor, Strawberry Square<br>Harrisburg, PA 17120<br>(717) 787-6347 |