IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK BREAKIRON, | |
| Petitioner, | |
| v. | CIVIL ACTION |
| | No. 00 - 300: |
| MARTIN HORN, Commissioner, Pennsylvania Department of Corrections; CONNOR BLAINE, Superintendent of the State Correctional Institution at Greene, and JOSEPH P. MAZURKIEWICZ, Superintendent of the State Correctional Institution at Rockview, | Judge Hardiman |
| | **THIS IS A CAPITAL CASE**. |
| Respondents. | |

## ORDER

And now, this _____ day of _____, 2006, upon consideration of Petitioner's Motion it is hereby ORDERED that Petitioner's Motion is GRANTED.

The Commonwealth is hereby ordered to provide Petitioner with the documents referenced in Petitioner's Motion.

Petitioner is also authorized to take depositions of Ms. Bisch, Mr. Morrison, former District Attorney Gerald Solomon, and any other person who may be able to shed light on the disappearance of the Ellis Price files from the Fayette County District Attorney's Office.

BY THE COURT:

_____
Hardiman, J.

Dated: