THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK BREAKIRON,<br>　　　　Petitioner, | |
| v. | No. 2:00-cv-300 |
| MARTIN HORN, Commissioner,<br>Pennsylvania Department of Corrections,<br>CONNER BLAINE, Superintendent of the<br>State Correctional Institution at Greene,<br>JOSEPH P. MAZURKIEWICZ,<br>Superintendent of the State Correctional<br>Institution at Rockview,<br>　　　　Respondents. | Judge Thomas M. Hardiman |

**O R D E R**

AND NOW, this 3rd day of May 2006, it is hereby ORDERED that:

(1) Petitioner's *Motion for Production of Documents* (Doc. 109) is DENIED;

(2) Petitioner's *Motion for In Camera Review* (Doc. 109) is GRANTED. Respondents' counsel shall submit to this Court for *in camera* review the documents described in the privilege log as Item No. 1, 5, 6, 10, 11, 12, 13, 15, 16 & 21;

(3) Petitioner's *Motion for Evidentiary Hearing On Missing Documents* (Doc. 109) is DENIED WITHOUT PREJUDICE; and,

(4) Petitioner's motion to conduct depositions, made before the Court at the telephonic conference conducted on this date, is GRANTED over Respondents' objection.

s/ *Thomas M. Hardiman*
Thomas M. Hardiman
United States District Court Judge
Western District of Pennsylvania

cc:　　All parties of record