✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

_____WESTERN_____ DISTRICT OF _____PENNSYLVANIA_____

MARK BREAKIRON

V.

COMMISSIONER MARTIN HORN, et al.

**NOTICE**

CASE NUMBER: 2:00-cv-0300

TYPE OF CASE:

   x  **CIVIL**      ☐  **CRIMINAL**

x **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | |
|---|---|
| 5260 U. S. Post Office and Courthouse<br>700 Grant Street<br>Pittsburgh, Pennsylvania 15219 | COURTROOM 5B, FIFTH FLOOR |
| | DATE AND TIME<br>**Monday, July 24, 2006 at 9:00 AM** |

TYPE OF PROCEEDING

**TELEPHONIC STATUS CONFERENCE RE: DISCOVERY**
**Judge Hardiman's chambers will initiate the conference call.  If you will be unavailable at the phone number listed below please advise the Court where you can be reached.**

**TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

_____THOMAS M. HARDIMAN_____
United States District Judge

July 17, 2006
DATE

s/ Kay Wilkinson
(BY) Kay Wilkinson, Secretary to Judge Thomas M. Hardiman

To:

| | | |
|---|---|---|
| James Anderson<br>Federal Public Defender's Office<br>Capital Habeas Corpus Unit<br>1001 Liberty Avenue<br>1450 Liberty Center<br>Pittsburgh, PA 15222-3714<br>(412) 644-6565 | Stuart B. Lev<br>Defender Association of Philadelphia<br>601 Walnut Street<br>The Curtis Center<br>Suite 545 - W<br>Philadelphia, PA 19106<br>(215) 928-0520 | Christopher D. Carusone<br>Office of Attorney General<br>16th Floor, Strawberry Square<br>Harrisburg, PA 17120<br>(717) 787-6347 |