AO 456 (Rev. 5/85)  Notice

# UNITED STATES DISTRICT COURT

WESTERN _____ DISTRICT OF _____ PENNSYLVANIA

MARK BREAKIRON

V.

COMMISSIONER MARTIN HORN, et al.

## NOTICE

CASE NUMBER:  2:00-cv-0300

TYPE OF CASE:

x  **CIVIL**          ☐  **CRIMINAL**

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | COURTROOM 5B, FIFTH FLOOR |
|---|---|
| 5260 U. S. Post Office and Courthouse<br>700 Grant Street<br>Pittsburgh, Pennsylvania  15219 | DATE AND TIME |

TYPE OF PROCEEDING

**TELEPHONIC STATUS CONFERENCE RE: DISCOVERY**
**Judge Hardiman's chambers will initiate the conference call.   If you will be unavailable at the phone number**
**listed below please advise the Court where you can be reached.**

x  **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED<br>**Monday, July 24, 2006 at 9:00 AM** | CONTINUED TO DATE AND TIME<br>**Wednesday, July 26, 2006 at 2:00 PM** |
|---|---|---|

THOMAS M. HARDIMAN
United States District Judge

July 20, 2006

DATE

s/ Kay Wilkinson

(BY) Kay Wilkinson, Secretary to Judge Thomas  M. Hardiman

To:

James Anderson
Federal Public Defender's Office
Capital Habeas Corpus Unit
1001 Liberty Avenue
1450 Liberty Center
Pittsburgh, PA 15222-3714
(412) 644-6565

Stuart B. Lev
Defender Association of Philadelphia
601 Walnut Street
The Curtis Center
Suite 545 - W
Philadelphia, PA 19106
(215) 928-0520

Christopher D. Carusone
Office of Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120
(717) 787-6347