AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

<u>　　　WESTERN　　　</u> DISTRICT OF <u>　　　PENNSYLVANIA　　　</u>

MARK BREAKIRON

V.

COMMISSIONER MARTIN HORN, et al.

**NOTICE**

CASE NUMBER: 2:00-cv-0300

TYPE OF CASE:

　x   **CIVIL**　　　☐  **CRIMINAL**

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | |
|---|---|
| 5260 U. S. Post Office and Courthouse<br>700 Grant Street<br>Pittsburgh, Pennsylvania  15219 | COURTROOM 5B, FIFTH FLOOR |
| | DATE AND TIME |

TYPE OF PROCEEDING

**TELEPHONIC STATUS CONFERENCE RE: DISCOVERY**
**Judge Hardiman's chambers will initiate the conference call.  If you will be unavailable at the phone number listed below please advise the Court where you can be reached.**

x   **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED<br>**Monday, July 26, 2006 at 2:00 PM** | CONTINUED TO DATE AND TIME<br>**Tuesday, August 1, 2006 at 2:30 PM** |
|---|---|---|

<u>THOMAS M. HARDIMAN</u>
United States District Judge

July 24, 2006
DATE

s/ Kay Wilkinson
(BY) Kay Wilkinson, Secretary to Judge Thomas M. Hardiman

To:

| James Anderson | Stuart B. Lev | Christopher D. Carusone |
| Federal Public Defender's Office | Defender Association of Philadelphia | Office of Attorney General |
| Capital Habeas Corpus Unit | 601 Walnut Street | 16th Floor, Strawberry Square |
| 1001 Liberty Avenue | The Curtis Center | Harrisburg, PA 17120 |
| 1450 Liberty Center | Suite 545 - W | (717) 787-6347 |
| Pittsburgh, PA 15222-3714 | Philadelphia, PA 19106 | |
| (412) 644-6565 | (215) 928-0520 | |