# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MARK BREAKIRON           )
                         )
                         )
             Plaintiff(s))
         vs.             )         2:00cv300
COMMISSIONER MARTN HORN, et al., )
                         )
                         )
             Defendant(s))

**HEARING ON**  telephonic status conference

Before  Judge Thomas M. Hardiman

James Anderson, Esq.                        Chris Carusone, Esq.
Stuart Lev, Esq.

　　　　Appear for Plaintiff                      Appear for Defendant

Hearing Begun    2:40 PM    8/1/06         Hrg Adjourned to

Hrg concluded C.A.V.  2:50 PM  8/1/06      Stenographer     None

**WITNESSES**

For Plaintiff                              For Defendant

Evidentiary Hearing to be scheduled for

December 4-5, 2006 on Amended Claim 4.

Telephonic pre-hearing conference to be

scheduled for November 20, 2006 at 9:00