AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

<u>          WESTERN          </u>   DISTRICT OF   <u>          PENNSYLVANIA          </u>

MARK BREAKIRON

**NOTICE**

V.

COMMISSIONER MARTIN HORN, et al.       CASE NUMBER: 2:00-cv-0300

TYPE OF CASE:

   x   **CIVIL**    ☐ **CRIMINAL**

x   **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | COURTROOM 5B, FIFTH FLOOR |
|---|---|
| 5260 U. S. Post Office and Courthouse<br>700 Grant Street<br>Pittsburgh, Pennsylvania   15219 | DATE AND TIME<br>**Monday & Tuesday, December 4-5, 2006 at 9:30 AM** |

TYPE OF PROCEEDING

**EVIDENTIARY HEARING RE: AMENDED CLAIM 4. WILL BE HELD ON 12/4-5/2006 AT 9:30 AM.
A TELEPHONIC PRE-HEARING CONFERENCE IS SCHEDULED FOR 11/20/06 AT 9:00 AM.
Judge Hardiman's chambers will initiate the conference call on 11/20/2006.   If you will be unavailable at the phone number listed below please advise the court where you can be reached.**

**TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
|  |  |  |

<u>          THOMAS M. HARDIMAN          </u>
United States District Judge

<u>August 2, 2006                              </u>     s/ Kay Wilkinson
DATE                                               (BY) Kay Wilkinson, Secretary to Judge Thomas  M. Hardiman

To:

| James Anderson<br>Federal Public Defender's Office<br>Capital Habeas Corpus Unit<br>1001 Liberty Avenue<br>1450 Liberty Center<br>Pittsburgh, PA 15222-3714<br>(412) 644-6565 | Stuart B. Lev<br>Defender Association of Philadelphia<br>601 Walnut Street<br>The Curtis Center<br>Suite 545 - W<br>Philadelphia, PA 19106<br>(215) 928-0520 | Christopher D. Carusone<br>Office of Attorney General<br>16th Floor, Strawberry Square<br>Harrisburg, PA 17120<br>(717) 787-6347 |