**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

_____

MARK BREAKIRON,                                :
                                               :
              Petitioner,                      :
                                               :        CIVIL ACTION
       v.                                      :
                                               :        No. 00 - 300:
MARTIN HORN, Commissioner,                     :
Pennsylvania Department of Corrections;        :        Judge Hardiman
CONNOR BLAINE, Superintendent of the           :
State Correctional Institution at Greene, and  :        **THIS IS A CAPITAL CASE**.
JOSEPH P. MAZURKIEWICZ,                         :
Superintendent of the State Correctional       :
Institution at Rockview,                        :
                                               :
              Respondents.                      :
_____

**ORDER OF COURT**

      AND NOW, this_____ day of _____, 2006, upon consideration of the

foregoing Request for Issuance of Subpoenas and Payment of Witness Fees Pursuant to 28

U.S.C. § 1825(b) and Rule 30 of the Federal Rules of Civil Procedure, it is hereby Ordered that

the requested subpoenas shall be issued and served by a representative of the Federal Defender

directing the persons listed to appear at the specified date, time and place to give testimony.  It is

further ordered that all costs associated with said depositions be borne by the United States

Marshal for the Western District of Pennsylvania.

                                  _____

                                  Honorable Judge Thomas M. Hardiman