IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

_____  :
                                :
MARK BREAKIRON,                 :
                                :
          Petitioner,           :   CIVIL ACTION
     v.                         :
                                :   No. 00 - 300:
MARTIN HORN, Commissioner,      :
Pennsylvania Department of Corrections;  :   Judge Thomas R. Hardiman
CONNOR BLAINE, Superintendent of the     :
State Correctional Institution at Greene, and  :   **THIS IS A CAPITAL CASE**.
JOSEPH P. MAZURKIEWICZ,         :
Superintendent of the State Correctional  :
Institution at Rockview,        :
                                :
          Respondents.          :
_____

_____
**NOTICE OF APPEARANCE**
_____

Please take note that Lisa Federal Public Defender B. Freeland, a member of the bar of this Court, enters her appearance on behalf of Mark Breakiron.[1]

                                              Respectfully Submitted,

                                              _____
                                              Lisa B. Freeland
                                              Federal Public Defender
                                              1450 Liberty Center
                                              1001 Liberty Avenue
                                              Pittsburgh, PA 15222-3714
                                              (412) 644-6565

Dated: August 7, 2004

_____

    [1] Messers James Anderson and Stuart Lev will continue their representation of Mr. Breakiron.