IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK BREAKIRON, | : |
|                 Petitioner, | :   CIVIL ACTION |
| v. | :   No. 00-300 |
| MARTIN HORN, Commissioner, Pennsylvania Department of Corrections; CONNOR BLAINE, Superintendent of the State Correctional Institution at Greene, and JOSEPH P. MAZURKIEWICZ, Superintendent of the State Correctional Institution at Rockview, | :   **JUDGE HARDIMAN** <br><br> :   **THIS IS A CAPITAL CASE** |
|                 Respondents. | : |

**NOTICE OF APPEARANCE**

Please take note that Tricia A. Russell, a member of the bar of this Court, enters her appearance on the above titled case as a Staff Attorney for the Western District of Pennsylvania's Capital Habeas Corpus Unit.

 

Respectfully Submitted,

*/s/Tricia A. Russell*
Tricia A. Russell
Staff Attorney
Capital Habeas Corpus Unit
1450 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222-3714
Dated: September 13, 2006    (412) 644-6565