## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

_____          :
                                               :
MARK BREAKIRON,                                :
                                               :
                Petitioner,                    :
                                               :          CIVIL ACTION
        v.                                     :
                                               :          No. 00 - 300:
MARTIN HORN, Commissioner,                     :
Pennsylvania Department of Corrections;        :          Judge Hardiman
CONNOR BLAINE, Superintendent of the           :
State Correctional Institution at Greene, and  :          **THIS IS A CAPITAL CASE**.
JOSEPH P. MAZURKIEWICZ,                         :
Superintendent of the State Correctional       :
Institution at Rockview,                       :
                                               :
                Respondents.                   :
_____          :

### ORDER OF COURT

**AND NOW**, this ____ day of November, 2006,

**IT IS ORDERED AND DIRECTED** that a writ of Habeas Corpus Ad Testificandum is

hereby directed to the Superintendent of State Correctional Institution Greensburg, at

Greensburg, Pennsylvania, or prison officials acting at his direction, and to the United States

Marshal for the Western District of Pennsylvania, commanding them to have the body of **CHRIS**

**OWEN MILLER**, Inmate # AJ 1683, before this Court on **Monday and Tuesday, December 4**

**and 5, 2006 at 9:30 a.m.** to testify as a fact witness at an evidentiary hearing in the above titled

case and to remain in federal custody until completion of the evidentiary hearing.

**IT IS FURTHER ORDERED** that upon completion of the evidentiary hearing in the

above-captioned case, **CHRIS OWEN MILLER**, Inmate # AJ 1683, shall be returned to the

custody of the Superintendent of State Correctional Institution Greensburg, at Greensburg,

Pennsylvania.


_____
Honorable Thomas M. Hardiman
United States District Judge