# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MARK BREAKIRON )
)
)
Plaintiff(s) )
vs. )   2:00cv300
COMMISSIONER MARTN HORN, et al., )
)
)
Defendant(s) )

**HEARING ON**   telephonic status conference

Before   Judge Thomas M. Hardiman

Stuart Lev, Esq.                                Chris Carusone, Esq.
Tricia Russell, Esq.

Appear for Plaintiff                            Appear for Defendant

Hearing Begun   9:00 am   11/20/06         Hrg Adjourned to

Hrg concluded C.A.V.   9:30 am   11/20/06   Stenographer   None

### WITNESSES

For Plaintiff                                   For Defendant

Breakiron has elected not to attend the

hearing. He will submit an affidavit stating

that he has elected not to attend.

Petitioner will call three witnesses.

Respondents will call approximately 6

witnesses.