TO SCI COAL TOWNSHIP     10/20/06     9842 8022 3902
TO PA DEPT. OF JUSTICE     10/20/06     9842 8022 3919

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ORIGINAL

MARK BREAKIRON

    VS.                                                           Civil Action No. 00-300

MARTIN HORN, et.al.

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

United States of America
Western District of Pennsylvania      SS:

TO: U.S. Marshal, Western District of Pennsylvania
    State Correctional Institution at Coal Township PA

GREETING:

    WHEREAS, the United States District Court for the Western District of Pennsylvania, on November 9th, 2006 made an order permitting the issuance of this writ, now by virtue thereof,

    WE COMMAND YOU, in the name and by authority aforesaid that
              Clinton Conrad Blair Inmate CJ 6559
be under your custody detained by whatever name he/she may be charged, you have said person before the Judges of the District Court for the Western District of Pennsylvania, at the United States Post Office & Courthouse in the City of Pittsburgh, Pennsylvania, on Monday December 4th and Tuesday December 5th, 2006, at 9:30 a.m. as a very material and necessary witness in the trial of the above entitled case on behalf of the United States, or show cause why the said person cannot be produced.

    When the said Clinton Conrad Blair Inmate CJ 6559 is no longer needed as a witness before this Court, he/she shall be returned to SCI at Coal Township

    AND have you then and there this Writ.

    WITNESS, the Honorable Thomas M. Hardiman
        Judge of the United States District
        Court for the Western District of
        Pennsylvania this 9th, day of November, 2006

                                                            Clerk of Court

I hereby certify and return this writ as unexecuted on November 20, 2006 for the in-named CLINTON BLAIR. Judge Hardiman's clerk David CHABOT called and said the subject would not be needed.

Thomas Fitzgerald
U.S. Marshal W/PA

[signature]
SDUSM W/PA