IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK BREAKIRON, : | |
| : | |
| Petitioner, : | |
| : | CIVIL ACTION |
| v. : | |
| : | No. 00 - 300: |
| MARTIN HORN, Commissioner, : | |
| Pennsylvania Department of Corrections; : | Judge Hardiman |
| CONNOR BLAINE, Superintendent of the : | |
| State Correctional Institution at Greene, and : | **THIS IS A CAPITAL CASE**. |
| JOSEPH P. MAZURKIEWICZ, : | |
| Superintendent of the State Correctional : | ELECTONICALLY FILED |
| Institution at Rockview, : | |
| : | |
| Respondents. : | |

**UNOPPOSED MOTION TO CONTINUE EVIDENTIARY HEARING**

Petitioner MARK BREAKIRON, through counsel, respectfully requests this Court to grant a continuance of the evidentiary hearing scheduled to begin on December 4, 2006 and in support thereof states:

1.    This Court has scheduled an evidentiary hearing to begin on December 4, 2006. As this Court is aware, the parties have diligently prepared for the hearing.

2.    Undersigned counsel has informed this Court of his father's grave illness, and the impact that it has on his ability to prepare for, and participate in, the scheduled hearing.    3.    Counsel for Respondents, Christopher Carusone, has indicated that he has no objection to this request.

WHEREFORE, for the foregoing reasons, Petitioner respectfully requests this Court to grant his motion to continue the evidentiary hearing.

                        Respectfully submitted,

                        /s/Stuart Lev
                        Stuart Lev, Esq.
                        Capital Habeas Corpus Unit
                        Federal Court Division
                        Defender Association of Philadelphia
                        Suite 545W -- The Curtis Center
                        Independence Sq. West
                        Philadelphia, PA 19106
                        (215) 928-0520

                        Tricia A. Russell
                        Staff Attorney
                        Capital Habeas Corpus Unit
                        1450 Liberty Center
                        1001 Liberty Avenue
                        Pittsburgh, PA 15222-3714
                        (412) 644-6565

Dated:        November 27, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a true and correct copy of the foregoing to be served on the following person at the location and in the manner indicated below:

BY FIRST CLASS MAIL

Christopher Carusone, Esq.
Office of Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120

/s/ Stuart Lev
Stuart Lev, Esq.

Dated: November 27, 2006