IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK BREAKIRON, : <br> : <br> Petitioner, : <br> : <br> v. : <br> : <br> MARTIN HORN, Commissioner, : <br> Pennsylvania Department of Corrections; : <br> CONNOR BLAINE, Superintendent of the : <br> State Correctional Institution at Greene, and : <br> JOSEPH P. MAZURKIEWICZ, : <br> Superintendent of the State Correctional : <br> Institution at Rockview, : <br> : <br> Respondents. : | CIVIL ACTION <br><br> No. 00 - 300: <br><br> Judge Hardiman <br><br> **THIS IS A CAPITAL CASE**. |

**ORDER**

On this, the _____ day of November, 2006, upon consideration of Petitioner's Unopposed Motion to Continue Evidentiary Hearing, IT IS HEREBY ORDERED THAT:

Petitioner's Motion is GRANTED. The evidentiary hearing scheduled to begin on December 4, 2006 shall be continued. Counsel for the parties shall consult and propose a new date for the hearing. Counsel shall attempt to reschedule the hearing to a date within sixty (60) days of the date of this Order.

BY THE COURT

----------------------------------
Hardiman, J.