```
TO SCI COAL TOWNSHIP           10/20/06     9842 8022 3902
TO PA DEPT. OF JUSTICE         10/20/06     9842 8022 3919
```

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ORIGINAL

MARK BREAKIRON

    VS.                                Civil Action No. 00-300

MARTIN HORN, et.al.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

United States of America
Western District of Pennsylvania    SS:

TO: U.S. Marshal, Western District of Pennsylvania
    State Correctional Institution at Coal Township PA

GREETING:

    WHEREAS, the United States District Court for the Western District of Pennsylvania, on November 9th, 2006 made an order permitting the issuance of this writ, now by virtue thereof,

    WE COMMAND YOU, in the name and by authority aforesaid that
            Clinton Conrad Blair Inmate CJ 6559
be under your custody detained by whatever name he/she may be charged, you have said person before the Judges of the District Court for the Western District of Pennsylvania, at the United States Post Office & Courthouse in the City of Pittsburgh, Pennsylvania, on Monday December 4th and Tuesday December 5th, 2006, at 9:30 a.m. as a very material and necessary witness in the trial of the above entitled case on behalf of the United States, or show cause why the said person cannot be produced.

    When the said Clinton Conrad Blair Inmate CJ 6559 is no longer needed as a witness before this Court, he/she shall be returned to SCI at Coal Township

    AND have you then and there this Writ.

    WITNESS, the Honorable Thomas M. Hardiman
        Judge of the United States District
        Court for the Western District of
        Pennsylvania this 9th, day of November, 2006

---
Clerk of Court

I hereby certify and return this writ as unexecuted on November 20, 2006 for the in-named CLINTON BLAIR. Judge Hardiman's clerk David CHABOT called and said the subject would not be needed.

Thomas Fitzgerald
U.S. Marshal W/PA

[signature]
SDUSM W/PA

ORIGINAL

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK BREAKIRON, | |
| Petitioner, | |
| | CIVIL ACTION |
| v. | |
| | No. 00 - 300: |
| MARTIN HORN, Commissioner, Pennsylvania Department of Corrections; | Judge Hardiman |
| CONNOR BLAINE, Superintendent of the State Correctional Institution at Greene, and | **THIS IS A CAPITAL CASE.** |
| JOSEPH P. MAZURKIEWICZ, Superintendent of the State Correctional Institution at Rockview, | |
| Respondents. | |

### ORDER OF COURT

AND NOW, this 9th day of November, 2006,

**IT IS ORDERED AND DIRECTED** that a writ of Habeas Corpus Ad Testificandum is hereby directed to the Superintendent of State Correctional Institution Coal Township, at Coal Township, Pennsylvania, or prison officials acting at his direction, and to the United States Marshal for the Western District of Pennsylvania, commanding them to have the body of **CLINTON CONRAD BLAIR**, Inmate # CJ 6559, before this Court on **Monday and Tuesday, December 4 and 5, 2006 at 9:30 a.m.** to testify as a fact witness at an evidentiary hearing in the above titled case and to remain in federal custody until completion of the evidentiary hearing.

**IT IS FURTHER ORDERED** that upon completion of the evidentiary hearing in the above-captioned case, **CLINTON CONRAD BLAIR**, Inmate # CJ 6559, shall be returned to the

ORIGINAL

custody of the Superintendent of State Correctional Institution Coal Township, Coal Township, Pennsylvania.

                                                                  /s/ Thos. M. Hardiman
                                                            Honorable Thomas M. Hardiman
                                                            United States District Judge

Date 11/9/06
ROBERT V. BARTH, JR., CLERK
By /s/



IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MARK BREAKIRON

    VS.                                          Civil Action No. 00-300

MARTIN HORN, et.al.

<u>WRIT OF HABEAS CORPUS AD TESTIFICANDUM</u>

United States of America
Western District of Pennsylvania      SS:

TO: U.S. Marshal, Western District of Pennsylvania
    State Correctional Institution at Coal Township PA

GREETING:

    WHEREAS, the United States District Court for the Western District of Pennsylvania, on November 9th, 2006 made an order permitting the issuance of this writ, now by virtue thereof,

    WE COMMAND YOU, in the name and by authority aforesaid that
            Clinton Conrad Blair Inmate CJ 6559
be under your custody detained by whatever name he/she may be charged, you have said person before the Judges of the District Court for the Western District of Pennsylvania, at the United States Post Office & Courthouse in the City of Pittsburgh, Pennsylvania, on Monday December 4th and Tuesday December 5th, 2006, at 9:30 a.m. as a very material and necessary witness in the trial of the above entitled case on behalf of the United States, or show cause why the said person cannot be produced.

    When the said Clinton Conrad Blair Inmate CJ 6559 is no longer needed as a witness before this Court, he/she shall be returned to SCI at Coal Township

    AND have you then and there this Writ.

    WITNESS, the Honorable Thomas M. Hardiman
        Judge of the United States District
        Court for the Western District of
        Pennsylvania this 9th, day of November, 2006



_____
                  Clerk of Court



IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK BREAKIRON, | |
| Petitioner, | |
| v. | CIVIL ACTION |
| | No. 00 - 300: |
| MARTIN HORN, Commissioner, Pennsylvania Department of Corrections; CONNOR BLAINE, Superintendent of the State Correctional Institution at Greene, and JOSEPH P. MAZURKIEWICZ, Superintendent of the State Correctional Institution at Rockview, | Judge Hardiman |
| | **THIS IS A CAPITAL CASE.** |
| Respondents. | |

## ORDER OF COURT

AND NOW, this _9th_ day of November, 2006,

**IT IS ORDERED AND DIRECTED** that a writ of Habeas Corpus Ad Testificandum is hereby directed to the Superintendent of State Correctional Institution Coal Township, at Coal Township, Pennsylvania, or prison officials acting at his direction, and to the United States Marshal for the Western District of Pennsylvania, commanding them to have the body of **CLINTON CONRAD BLAIR**, Inmate # CJ 6559, before this Court on **Monday and Tuesday, December 4 and 5, 2006 at 9:30 a.m.** to testify as a fact witness at an evidentiary hearing in the above titled case and to remain in federal custody until completion of the evidentiary hearing.

**IT IS FURTHER ORDERED** that upon completion of the evidentiary hearing in the above-captioned case, **CLINTON CONRAD BLAIR**, Inmate # CJ 6559, shall be returned to the

custody of the Superintendent of State Correctional Institution Coal Township, Coal Township, Pennsylvania.

COPY

_____
Honorable Thomas M. Hardiman
United States District Judge