```
TO SCI - DALLAS              10/20/06      9842 8022 3926
TO PA DEPT. OF JUSTICE       10/20/06      9842 8022 3933
```

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**ORIGINAL**

MARK BREAKIRON

VS.                                       Civil Action No. 00-300

MARTIN HORN, et.al.


WRIT OF HABEAS CORPUS AD TESTIFICANDUM

United States of America
Western District of Pennsylvania      SS:


TO: U.S. Marshal, Western District of Pennsylvania
    State Correctional Institution at Dallas, PA

GREETING:

    WHEREAS, the United States District Court for the Western District of Pennsylvania, on November 9th, 2006 made an order permitting the issuance of this writ, now by virtue thereof,

    WE COMMAND YOU, in the name and by authority aforesaid that James Francis Sullivan, Inmate BT 9865 be under your custody detained by whatever name he/she may be charged, you have said person before the Judges of the District Court for the Western District of Pennsylvania, at the United States Post Office & Courthouse in the City of Pittsburgh, Pennsylvania, on Monday December 4th and Tuesday December 5th, 2006, at 9:30 a.m. as a very material and necessary witness in the trial of the above entitled case on behalf of the United States, or show cause why the said person cannot be produced.

    When the said James Francis Sullivan, Inmate BT 9865 is no longer needed as a witness before this Court, he/she shall be returned to SCI at Dallas

    AND have you then and there this Writ.

    WITNESS, the Honorable Thomas M. Hardiman
        Judge of the United States District
        Court for the Western District of
        Pennsylvania this 9th, day of November, 2006

_____
Clerk of Court

I hereby certify and return this writ as unexecuted on NOVEMBER 28, 2006 for the in-named JAMES SULLIVAN. The proceedings have been postponed and a new date and time will be set with a new writ issued.

THOMAS M. FITZGERALD
U.S. Marshal W/PA

*[signature]*
SDUSM W/PA.

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| MARK BREAKIRON, | |
| Petitioner, | |
|  | CIVIL ACTION |
| v. | |
|  | No. 00 - 300: |
| MARTIN HORN, Commissioner, Pennsylvania Department of Corrections; CONNOR BLAINE, Superintendent of the State Correctional Institution at Greene, and JOSEPH P. MAZURKIEWICZ, Superintendent of the State Correctional Institution at Rockview, | Judge Hardiman **THIS IS A CAPITAL CASE.** |
| Respondents. | |

## ORDER FOR WRIT OF HABEAS AS TESTIFICANDUM

AND NOW, this ___9th___ day of November, 2006,

**IT IS ORDERED AND DIRECTED** that a writ of Habeas Corpus Ad Testificandum is hereby directed to the Superintendent of State Correctional Institution Dallas, Dallas Pennsylvania, or prison officials acting at his direction, and to the United States Marshal for the Western District of Pennsylvania, commanding them to have the body of **JAMES FRANCIS SULLIVAN**, Inmate # BT 9865, before this Court on Monday and Tuesday, December 4 and 5, 2006 at 9:30 a.m. to testify as a fact witness at an evidentiary hearing in the above titled case and to remain in federal custody until completion of the evidentiary hearing.

**IT IS FURTHER ORDERED** that upon completion of the evidentiary hearing in the above-captioned case, **JAMES FRANCIS SULLIVAN**, Inmate # BT 9865, shall be returned to the custody of the Superintendent of State Correctional Institution Dallas, Dallas Pennsylvania.

_Thos. M. Hardiman_     ORIGINAL
Honorable Thomas M. Hardiman
United States District Judge

Date 11/9/06
ROBERT
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA



MARK BREAKIRON

VS.                                              Civil Action No. 00-300

MARTIN HORN, et.al.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

United States of America
Western District of Pennsylvania        SS:


TO: U.S. Marshal, Western District of Pennsylvania
    State Correctional Institution at Dallas, PA

GREETING:

   WHEREAS, the United States District Court for the Western District of Pennsylvania, on November 9th, 2006 made an order permitting the issuance of this writ, now by virtue thereof,

   WE COMMAND YOU, in the name and by authority aforesaid that
         James Francis Sullivan,   Inmate BT 9865
be under your custody detained by whatever name he/she may be charged, you have said person before the Judges of the District Court for the Western District of Pennsylvania, at the United States Post Office & Courthouse in the City of Pittsburgh, Pennsylvania, on Monday December 4th and Tuesday December 5th, 2006, at 9:30 a.m. as a very material and necessary witness in the trial of the above entitled case on behalf of the United States, or show cause why the said person cannot be produced.

   When the said James Francis Sullivan,   Inmate BT 9865 is no longer needed as a witness before this Court, he/she shall be returned to SCI at Dallas

   AND have you then and there this Writ.

      WITNESS, the Honorable Thomas M. Hardiman
         Judge of the United States District
         Court for the Western District of
         Pennsylvania this 9th, day of November, 2006

                    *[signature]*
         _____
                  Clerk of Court



IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK BREAKIRON, | : |
| Petitioner, | : |
| | : CIVIL ACTION |
| v. | : |
| | : No. 00 - 300: |
| MARTIN HORN, Commissioner, | : |
| Pennsylvania Department of Corrections; | : Judge Hardiman |
| CONNOR BLAINE, Superintendent of the | : |
| State Correctional Institution at Greene, and | : **THIS IS A CAPITAL CASE.** |
| JOSEPH P. MAZURKIEWICZ, | : |
| Superintendent of the State Correctional | : |
| Institution at Rockview, | : |
| | : |
| Respondents. | : |

## ORDER FOR WRIT OF HABEAS AS TESTIFICANDUM

AND NOW, this  9th  day of November, 2006,

**IT IS ORDERED AND DIRECTED** that a writ of Habeas Corpus Ad Testificandum is hereby directed to the Superintendent of State Correctional Institution Dallas, Dallas Pennsylvania, or prison officials acting at his direction, and to the United States Marshal for the Western District of Pennsylvania, commanding them to have the body of **JAMES FRANCIS SULLIVAN**, Inmate # BT 9865, before this Court on Monday and Tuesday, December 4 and 5, 2006 at 9:30 a.m. to testify as a fact witness at an evidentiary hearing in the above titled case and to remain in federal custody until completion of the evidentiary hearing.

**IT IS FURTHER ORDERED** that upon completion of the evidentiary hearing in the above-captioned case, **JAMES FRANCIS SULLIVAN**, Inmate # BT 9865, shall be returned to the custody of the Superintendent of State Correctional Institution Dallas, Dallas Pennsylvania.

_____
Honorable Thomas M. Hardiman
United States District Judge

COPY

Date 11/9/04
ROBERT V. BARTH, JR., CLERK
By_____
Deputy Clerk