# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MARK BREAKIRON   )
                 )
                 )
     Plaintiff(s) )
     vs.          )        2:00cv300
COMMISSIONER MARTN HORN, et al.,   )
                 )
                 )
     Defendant(s) )

**HEARING ON**   telephonic status conference

Before   Judge Thomas M. Hardiman

Tricia Russell, Esq.                    Chris Carusone, Esq.

Appear for Plaintiff                    Appear for Defendant

Hearing Begun   3:35 pm   12/4/06       Hrg Adjourned to

Hrg concluded C.A.V.   3:40 pm   12/4/06   Stenographer   None

**WITNESSES**

For Plaintiff                           For Defendant

Counsel to get back to Court with dates

that Judges/Witnesses are available.