AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

_____WESTERN_____ DISTRICT OF _____PENNSYLVANIA_____

MARK BREAKIRON

V.

COMMISSIONER MARTIN HORN, et al.

**NOTICE**

CASE NUMBER: 2:00-cv-0300

TYPE OF CASE:

x  **CIVIL**   ☐  **CRIMINAL**

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | COURTROOM 5B, FIFTH FLOOR |
|---|---|
| 5260 U. S. Post Office and Courthouse<br>700 Grant Street<br>Pittsburgh, Pennsylvania   15219 | DATE AND TIME |

TYPE OF PROCEEDING

**EVIDENTIARY HEARING RE: AMENDED CLAIM 4.**

x   **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| **Courtroom 5B** | **Monday and Tuesday, December 4-5, 2006 at 9:30 AM** | **Thursday and Friday, February 1 -2, 2007 at 9:00 AM** |

THOMAS M. HARDIMAN
United States District Judge

December 7, 2006

s/ Kay Wilkinson

DATE

(BY) Kay Wilkinson, Secretary to Judge Thomas  M. Hardiman

To:

| Tricia A. Russell | Stuart B. Lev | Christopher D. Carusone |
| Federal Public Defender's Office | Defender Association of Philadelphia | Office of Attorney General |
| Capital Habeas Corpus Unit | 601 Walnut Street | 16th Floor, Strawberry Square |
| 1001 Liberty Avenue | The Curtis Center | Harrisburg, PA 17120 |
| 1450 Liberty Center | Suite 545 - W | (717) 787-6347 |
| Pittsburgh, PA 15222-3714 | Philadelphia, PA 19106 | |
| (412) 644-6565 | (215) 928-0520 | |