IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK BREAKIRON, | : |
| | : CIVIL ACTION |
| Petitioner, | : |
| | : No. 00-300 |
| v. | : |
| | : **JUDGE HARDIMAN** |
| MARTIN HORN, Commissioner, | : |
| Pennsylvania Department of Corrections; | : |
| CONNOR BLAINE, Superintendent of the | : **THIS IS A CAPITAL CASE** |
| State Correctional Institution at Greene, and | : |
| JOSEPH P. MAZURKIEWICZ, | : |
| Superintendent of the State Correctional | : |
| Institution at Rockview, | : |
| | : |
| Respondents. | : |
| | : |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Please take note that James Anderson is no longer with the Western District of Pennsylvania's Capital Habeas Corpus Unit. Please remove his name from all future electronic court notices.

Respectfully Submitted,

*/s/Tricia A. Russell*
Tricia A. Russell
Staff Attorney
Capital Habeas Corpus Unit
1450 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222-3714
Dated: December 14, 2006                (412) 644-6565