# UNITED STATES DISTRICT COURT

WESTERN _____ DISTRICT OF _____ PENNSYLVANIA

MARK BREAKIRON

V.

**NOTICE**

COMMISSIONER MARTIN HORN, et al.                CASE NUMBER:   2:00-cv-0300

---

TYPE OF CASE:

x **CIVIL**          ☐ **CRIMINAL**

---

x **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | COURTROOM 5B, FIFTH FLOOR |
|---|---|
| 5260 U. S. Courthouse<br>700 Grant Street<br>Pittsburgh, Pennsylvania   15219 | DATE AND TIME<br>**Friday, January 5, 2007 at 9:30 AM** |

TYPE OF PROCEEDING

**TELEPHONIC STATUS CONFERENCE**

Judge Hardiman's chambers will initiate the conference call.  If you will not be available at the phone number listed below please advise the Court where you can be reached.

---

**TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
|  |  |  |

THOMAS M. HARDIMAN
United States District Judge

December 21, 2006
DATE

s/ Kay Wilkinson
(BY) Kay Wilkinson, Secretary to Judge Thomas  M. Hardiman

To:

| Lisa B. Freeland<br>Tricia A. Russell<br>Federal Public Defender's Office<br>Capital Habeas Corpus Unit<br>1001 Liberty Avenue<br>1450 Liberty Center<br>Pittsburgh, PA 15222-3714<br>(412) 644-6565 | Stuart B. Lev<br>Defender Association of Philadelphia<br>601 Walnut Street<br>The Curtis Center<br>Suite 545 - W<br>Philadelphia, PA 19106<br>(215) 928-0520 | Christopher D. Carusone<br>Office of Attorney General<br>16th Floor, Strawberry Square<br>Harrisburg, PA 17120<br>(717) 787-6347 |