# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MARK BREAKIRON )
)
)
Plaintiff(s) )
vs. )   2:00cv300
COMMISSIONER MARTN HORN, et al., )
)
)
Defendant(s) )

**HEARING ON**   telephonic status conference

Before   Judge Thomas M. Hardiman

Stuart Lev, Esq.                                          Chris Carusone, Esq.

Appear for Plaintiff                                    Appear for Defendant

Hearing Begun   9:30 am   1/5/07         Hrg Adjourned to

Hrg concluded C.A.V.   9:45 am   1/5/07   Stenographer   None

**WITNESSES**

For Plaintiff                                              For Defendant

The Commonwealth agrees to provide a proffer of testimony expected from their witnesses. The Court will grant motion to compel and deny the motion to conduct deposition. The proffers are due 1/19/2007.