# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF PENNSYLVANIA

MARK BREAKIRON

**NOTICE**

V.

COMMISSIONER MARTIN HORN, et al.          CASE NUMBER:   2:00-cv-0300

TYPE OF CASE:

    x   **CIVIL**      ☐ **CRIMINAL**

x  **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | |
|---|---|
| 5260 U. S. Courthouse<br>700 Grant Street<br>Pittsburgh, Pennsylvania 15219 | COURTROOM 5B, FIFTH FLOOR |
| | DATE AND TIME<br>**Tuesday, January 30, 2007 at 10:30 AM** |

TYPE OF PROCEEDING

**TELEPHONIC STATUS CONFERENCE**

Judge Hardiman's chambers will initiate the conference call.   If you will not be available at the phone number listed below please advise the Court where you can be reached.

**TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

THOMAS M. HARDIMAN
United States District Judge

January 29, 2007                                        s/ Kay Wilkinson

DATE                                                    (BY) Kay Wilkinson, Secretary to Judge Thomas M. Hardiman

To:

| | | |
|---|---|---|
| Lisa B. Freeland<br>Tricia A. Russell<br>Federal Public Defender's Office<br>Capital Habeas Corpus Unit<br>1001 Liberty Avenue<br>1450 Liberty Center<br>Pittsburgh, PA 15222-3714<br>(412) 644-6565 | Stuart B. Lev<br>Defender Association of Philadelphia<br>601 Walnut Street<br>The Curtis Center<br>Suite 545 - W<br>Philadelphia, PA 19106<br>(215) 928-0520 | Christopher D. Carusone<br>Office of Attorney General<br>16th Floor, Strawberry Square<br>Harrisburg, PA 17120<br>(717) 783-6273 |