# IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MARK BREAKIRON )
)
)
Plaintiff(s) )
vs. )   2:00cv300
COMMISSIONER MARTN HORN, et al., )
)
)
Defendant(s) )

**HEARING ON**  status conference

Before  Judge Thomas M. Hardiman

Stuart Lev, Esq.                                  Chris Carusone, Esq.
Tricia Russell, Esq.

Appear for Plaintiff                              Appear for Defendant

Hearing Begun   10:30 am   1/30/07         Hrg Adjourned to

Hrg concluded C.A.V.   11:15 am   1/30/07   Stenographer   None

**WITNESSES**

For Plaintiff                                     For Defendant

The parties provided witness names and a

proffer for each witness.