# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MARK BREAKIRON                      )
                                    )
                                    )
                    Plaintiff(s)    )
              vs.                   )         2:00cv300
COMMISSIONER MARTN HORN, et al.,    )
                                    )
                                    )
                    Defendant(s)    )

**HEARING ON**   Evidentiary Hearing

Before   Judge Thomas M. Hardiman

| Stuart Lev, Esq. | Chris Carusone, Esq. |
| Tricia Russell, Esq. | |
| Appear for Plaintiff | Appear for Defendant |

| Hearing Begun   9:10 am   2/2/07 | Hrg Adjourned to |
| Hrg concluded C.A.V.   4:35 pm   2/2/07 | Stenographer   S. Wenger |

### WITNESSES

| For Plaintiff | For Defendant |
|---|---|
| 1. James Francis Sullivan | 1. Ellis Price |
| 2. Chris Owen Miller, Sr. | 2. Robert Price |
| 3. Robert Price | 3. Gary Brownsfield |
| | 4. Mark Morrison |
| Exhibits: | 5. Ralph Warman |
| Transcript ordered at joint expense of | 6. Gerald Solomon |
| parties. Proposed Findings of Fact due 30 | 7. Earl Roberts |
| days after the completion of transcript. | 8. Alphonse LePore |
| Briefing schedule to be filed by counsel. | 9. Gregory Kerpohar |

Matter taken under advisement.