TO USMS PITTSBURGH
TO SCI DALLAS                1/16/07    9842 8022 5159
TO DEPT OF CORRECTIONS      1/16/07    9842 8022 5180

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**ORIGINAL**

MARK BREAKIRON

      VS.                Civil Action No. 2:00-cv-300

MARTIN HORN, Commissioner,
PA Dept of Corrections, et al 

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

United States of America
Western District of Pennsylvania    SS:

TO: U.S. Marshal, Western District of Pennsylvania
    Superintendent of the SCI Greensburg at Greensburg, PA

GREETING:

    WHEREAS, the United States District Court for the Western
District of Pennsylvania, on January 9, 2007 made an order
permitting the issuance of this writ, now by virtue thereof,

    WE COMMAND YOU, in the name and by authority aforesaid that
               CHRIS OWEN MILLER
be under your custody detained by whatever name he/she may be
charged, you have said person before the Judges of the District
Court for the Western District of Pennsylvania, at the United
States Post Office & Courthouse in the City of Pittsburgh,
Pennsylvania, on February 1 and 2, 2007 at 9:00 a.m. as a very
material and necessary witness at an evidentiary hearing in the
above entitled case, or show cause why the said person cannot be
produced.

    When the said CHRIS OWEN MILLER is no longer needed as a
witness before this Court, he/she shall be returned to the custody
of the Superintendent of the SCI Dallas, Dallas, PA

    AND have you then and there this Writ.

    WITNESS, the Honorable Thomas M. Hardiman
        Judge of the United States District
        Court for the Western District of
        Pennsylvania this 10th day of January, 2007

*R.V. Barth, Jr.*

_____
Clerk of Court

I hereby certify and return this
writ in full for the in-named CHRIS MILLER
on February 2, 2007. He was produced for said
proceedings by PA State corrections officers and
returned by them at the conclusion of the
proceeding.

Thomas M. Fitzgerald
U.S. Marshal W/PA

Dennis Pfzghm
SDUSM W/PA

ORIGINAL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK BREAKIRON, | : | |
| Petitioner, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | No. 00 - 300 |
| MARTIN HORN, Commissioner, | : | |
| Pennsylvania Department of Corrections; | : | Judge Hardiman |
| CONNOR BLAINE, Superintendent of the | : | |
| State Correctional Institution at Greene, and | : | **THIS IS A CAPITAL CASE.** |
| JOSEPH P. MAZURKIEWICZ, | : | |
| Superintendent of the State Correctional | : | |
| Institution at Rockview, | : | |
| | : | |
| Respondents. | : | |

### ORDER OF COURT

**AND NOW**, this 9th day of January, 2007,

**IT IS ORDERED AND DIRECTED** that a writ of Habeas Corpus Ad Testificandum is

hereby directed to the Superintendent of State Correctional Institution Greensburg, at

Greensburg, Pennsylvania, or prison officials acting at his direction, and to the United States

Marshal for the Western District of Pennsylvania, commanding them to have the body of **CHRIS**

**OWEN MILLER**, Inmate # AJ 1683, before this Court on **Thursday and Friday, February 1**

**and 2, 2007 at 9:00 a.m.** to testify as a fact witness at an evidentiary hearing in the above titled

case and to remain in federal custody until completion of the evidentiary hearing.

**IT IS FURTHER ORDERED** that upon completion of the evidentiary hearing in the

above-captioned case, **CHRIS OWEN MILLER**, Inmate # AJ 1683, shall be returned to the

ORIGINAL

custody of the Superintendent of State Correctional Institution Greensburg, at Greensburg,

Pennsylvania.

_Thos M. Hardiman_
Honorable Thomas M. Hardiman
United States District Judge



IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MARK BREAKIRON

    VS.                 Civil Action No. 2:00-cv-300

MARTIN HORN, Commissioner,
PA Dept of Corrections, et al

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

United States of America
Western District of Pennsylvania     SS:

TO: U.S. Marshal, Western District of Pennsylvania
     Superintendent of the SCI Greensburg at Greensburg, PA

GREETING:

    WHEREAS, the United States District Court for the Western District of Pennsylvania, on January 9, 2007 made an order permitting the issuance of this writ, now by virtue thereof,

    WE COMMAND YOU, in the name and by authority aforesaid that
                    CHRIS OWEN MILLER
be under your custody detained by whatever name he/she may be charged, you have said person before the Judges of the District Court for the Western District of Pennsylvania, at the United States Post Office & Courthouse in the City of Pittsburgh, Pennsylvania, on February 1 and 2, 2007 at 9:00 a.m. as a very material and necessary witness at an evidentiary hearing in the above entitled case, or show cause why the said person cannot be produced.

    When the said CHRIS OWEN MILLER is no longer needed as a witness before this Court, he/she shall be returned to the custody of the Superintendent of the SCI Dallas, Dallas, PA

    AND have you then and there this Writ.

    WITNESS, the Honorable Thomas M. Hardiman
       Judge of the United States District
       Court for the Western District of
    Pennsylvania this 10th day of January, 2007

*R.J. Garth, J.*

_____
Clerk of Court



# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MARK BREAKIRON,                          :
                                         :
                        Petitioner,      :
                                         :       CIVIL ACTION
            v.                           :
                                         :       No. 00 - 300
MARTIN HORN, Commissioner,               :
Pennsylvania Department of Corrections;  :       Judge Hardiman
CONNOR BLAINE, Superintendent of the     :
State Correctional Institution at Greene, and  :   **THIS IS A CAPITAL CASE.**
JOSEPH P. MAZURKIEWICZ,                   :
Superintendent of the State Correctional  :
Institution at Rockview,                  :
                                          :
                        Respondents.      :

## ORDER OF COURT

**AND NOW**, this 9th day of January, 2007,

**IT IS ORDERED AND DIRECTED** that a writ of Habeas Corpus Ad Testificandum is

hereby directed to the Superintendent of State Correctional Institution Greensburg, at

Greensburg, Pennsylvania, or prison officials acting at his direction, and to the United States

Marshal for the Western District of Pennsylvania, commanding them to have the body of **CHRIS**

**OWEN MILLER**, Inmate # AJ 1683, before this Court on **Thursday and Friday, February 1**

**and 2, 2007 at 9:00 a.m.** to testify as a fact witness at an evidentiary hearing in the above titled

case and to remain in federal custody until completion of the evidentiary hearing.

**IT IS FURTHER ORDERED** that upon completion of the evidentiary hearing in the

above-captioned case, **CHRIS OWEN MILLER**, Inmate # AJ 1683, shall be returned to the

COPY

custody of the Superintendent of State Correctional Institution Greensburg, at Greensburg,

Pennsylvania.

_Thos M. Hardiman_
Honorable Thomas M. Hardiman
United States District Judge

1/10/07
D. all