IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK BREAKIRON, : | |
| : | |
| Petitioner, : | |
| : | CIVIL ACTION |
| v. : | |
| : | No. 00 - 300: |
| MARTIN HORN, Commissioner, : | |
| Pennsylvania Department of Corrections; : | Judge Fischer |
| CONNOR BLAINE, Superintendent of the : | |
| State Correctional Institution at Greene, and : | **THIS IS A CAPITAL CASE**. |
| JOSEPH P. MAZURKIEWICZ, : | |
| Superintendent of the State Correctional : | |
| Institution at Rockview, : | |
| : | |
| Respondents. : | |

**UNOPPOSED MOTION TO RESCHEDULE BRIEFING SCHEDULE**

Petitioner, MARK DAVID BREAKIRON, through undersigned counsel, hereby requests that this Court grant his MOTION TO RESCHEDULE BRIEFING SCHEDULE and in support hereby states:

1. On February 2, 2007, an evidentiary hearing was held before Judge Hardiman in the above-mentioned case.

2. At the close of the hearing it was decided by both parties that proposed findings of fact relating to the hearing would be filed first by Petitioner thirty (30) days after receipt of the hearing transcript. Respondents would then have thirty (30) days to respond with their own proposed findings of fact.

3.	Petitioner received a transcript of the evidentiary hearing on April 11, 2007, which accordingly would have made Petitioner's proposed findings of fact due on May 11, 2007.

4.	In a letter to Judge Hardiman, dated February 16, 2007, counsel for Petitioner, Stuart Lev, proposed the following schedule for the filing of post-hearing briefs. Petitioner would file his updated brief thirty days after the filing of the proposed findings of fact relating to the hearing. Respondents would file their brief within thirty days of receipt of Petitioner's brief, and Petitioner would file a reply brief within twenty one days after receipt of Respondents brief. Neither party would object to a reasonable extension of time should unforseen circumstances render them unable to comply with this schedule.

5.	On April 12, 2007, the instant case was reassigned to Judge Fischer in light of Judge Hardiman's appointment to the Third Circuit Court of Appeals.

6.	A status conference was scheduled on April 24, 2007, but was cancelled due to the hospitalization and illness of counsel for Petitioner, Stuart Lev.

7.	In light of the judicial reassignment and Mr. Lev's illness, undersigned counsel respectfully requests that the previously determined briefing schedule for the findings of fact and post-hearing briefs be vacated and would request that a new briefing schedule be determined at the next status conference to be held at a time convenient for all parties in mid-May.

8.	Lastly, undersigned counsel has been in contact with Christopher Carusone, counsel for Respondents', who had no opposition to extending the time for filing the findings of fact and post-hearing briefs.

          Respectfully submitted,


          */s/ Tricia A. Russell*
          Tricia A. Russell, Esq.
          Staff Attorney
          Capital Habeas Corpus Unit
          1450 Liberty Center
          1001 Liberty Avenue
          Pittsburgh, PA 15222-3714
          (412) 644-6565


          Stuart Lev, Esq.
          Capital Habeas Corpus Unit
          Federal Court Division
          Defender Association of Philadelphia
          Suite 545W -- The Curtis Center
          Independence Sq. West
          Philadelphia, PA 19106
          (215) 928-0520

Dated: April 25, 2007