IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| MARK BREAKIRON, : | |
| : | |
| Petitioner, : | |
| : | CIVIL ACTION |
| v. : | |
| : | No. 00 - 300: |
| MARTIN HORN, Commissioner, : | |
| Pennsylvania Department of Corrections; : | Judge Fischer |
| CONNOR BLAINE, Superintendent of the : | |
| State Correctional Institution at Greene, and : | **THIS IS A CAPITAL CASE**. |
| JOSEPH P. MAZURKIEWICZ, : | |
| Superintendent of the State Correctional : | |
| Institution at Rockview, : | |
| : | |
| Respondents. : | |

## ORDER

And now, this _____ day of _____, 2007, upon consideration of Petitioner's Unopposed Motion to Reschedule Briefing Schedule, it is hereby ORDERED that Petitioner's Motion is GRANTED. A new briefing schedule will be determined at the next status conference.

BY THE COURT:

_____
Hon. Nora Barry Fascher

Dated: