IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK BREAKIRON, | : |
| Petitioner, | : |
| v. | : CIVIL ACTION |
| | : No. 00 - 300: |
| MARTIN HORN, Commissioner, Pennsylvania Department of Corrections; CONNOR BLAINE, Superintendent of the State Correctional Institution at Greene, and JOSEPH P. MAZURKIEWICZ, Superintendent of the State Correctional Institution at Rockview, | : Judge Fischer |
| | : **THIS IS A CAPITAL CASE.** |
| Respondents. | : |

### ORDER

And now, this 26th day of April, 2007, upon consideration of Petitioner's Unopposed Motion to Reschedule Briefing Schedule, it is hereby ORDERED that Petitioner's Motion is GRANTED. A new briefing schedule will be determined at the next status conference.

BY THE COURT:

Hon. Nora Barry Fascher

Dated: