# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MARK BREAKIRON )
)
)
Petititoner )
vs. )          2:00-cv-00300
COMMISSIONER MARTIN HORN, et al )
)
)
Respondents )

HEARING ON   TELEPHONE CONFERENCE

Before   Judge Nora Barry Fischer

Stuart Lev, AFPD                         Chris Carusone, Esq
Carol Wright, AFPD
Tricia Russell, AFPD
**Appear for Petitioner**              **Appear for Resspondent**

Hearing Begun   5/11/07 at 4:30 pm       Hrg Adjourned to

Hrg concluded C.A.V.  5/11/07 at 5:00 pm  Stenographer  P. Sheranor
                                          Clerk:

### WITNESSES
For Plaintiff                            For Defendant

Ct. read agreement that there are no objections that Ct. may hear case based on evid. Hrg. transcript of Feb. 2007; Mr. Carusone will supplement transcript w/ paper filing by 5-25-07. Mr. Lev will file Prop. Findings of Fact by 6-25-07; Mr. Carusone will file F.o.F. by 7-20-07; Any Jt. findings are due 8-3-07; Follow tele. conf. set 7/5/07 + 4:00pm re discuss briefing.