IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MARK BREAKIRON,

           Petitioner,

    v.

MARTIN HORN, Commissioner,
Pennsylvania Department of Corrections;
CONNOR BLAINE, Superintendent of the
State Correctional Institution at Greene, and
JOSEPH P. MAZURKIEWICZ,
Superintendent of the State Correctional
Institution at Rockview,

           Respondents.

CIVIL ACTION

No. 00-300

Judge Fischer

**THIS IS A CAPITAL CASE**

## ORDER

AND NOW, this 14TH day of May, 2007, following a telephone conference held on March 11, 2007, it is hereby ORDERED as follows:

1. Respondents shall supplement the record on or before May 25, 2007.

2. Petitioner shall file Proposed Findings of Fact or before June 25, 2007.

3. Respondents shall file Proposed Findings of Fact on or before July 20, 2007.

4. The parties shall file Joint Proposed Findings of Fact on or before August 3, 2007.

5. A briefing schedule will be set during a telephonic conference with the Court at 4:00 p.m. on September 18, 2007.

Hon. Nora Barry Fischer
United States District Judge

cc:    All counsel of record