IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK BREAKIRON, | : |
| Petitioner, | : |
| | : CIVIL ACTION |
| v. | : |
| | : No. 00 - 300: |
| MARTIN HORN, Commissioner, | : |
| Pennsylvania Department of Corrections; | : Judge Fischer |
| CONNOR BLAINE, Superintendent of the | : |
| State Correctional Institution at Greene, and | : **THIS IS A CAPITAL CASE**. |
| JOSEPH P. MAZURKIEWICZ, | : |
| Superintendent of the State Correctional | : |
| Institution at Rockview, | : |
| Respondents. | : |

**ORDER**

AND NOW, this ___ day of _____, 2007, upon consideration of Petitioner's Supplemental Motion to Amend his Petition for Habeas Corpus, and any response thereto, it is hereby ORDERED that said motion is GRANTED and Claim 4 of the habeas petition is hereby AMENDED to include the facts surrounding the investigation of the Sterbutzal assault, as developed at the February 2, 2007 evidentiary hearing, and Petitioner's claims for relief arising from those facts.

BY THE COURT:

_____
Fischer, J.