IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK BREAKIRON, | : | |
| Petitioner | : | |
| | : | Civil Action No. 00-300 |
| v. | : | |
| | : | Judge Fischer |
| MARTIN HORN, et al., | : | |
| Respondents | : | THIS IS A CAPITAL CASE |

## PROPOSED ORDER

AND NOW this ____ day of July, 2007, the Commonwealth's Unopposed Motion for Three Day Extension of Time to File Response to Supplemental Motion to Amend Petition for Habeas Corpus is Granted. The response is now due July 20, 2007.

_____
J.