IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MARK BREAKIRON,
    Petitioner

    v.

MARTIN HORN, et al.,
    Respondents

Civil Action No. 00-300

Judge Fischer

THIS IS A CAPITAL CASE

### PROPOSED ORDER

AND NOW this 17th day of July, 2007, the Commonwealth's Unopposed Motion for Three Day Extension of Time to File Response to Supplemental Motion to Amend Petition for Habeas Corpus is Granted. The response is now due July 20, 2007.

_____
    J.