IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK BREAKIRON, | : | |
| Petitioner | : | |
| | : | Civil Action No. 00-300 |
| v. | : | |
| | : | Judge Nora Barry Fischer |
| MARTIN HORN, et al., | : | |
| Respondents | : | THIS IS A CAPITAL CASE |

## RESPONSE TO SUPPLEMENTAL MOTION
## TO AMEND PETITION FOR HABEAS CORPUS

Respondents, through their attorneys, do not object to the petitioner's motion to amend Amended Claim 4 of his habeas petition to include the claims described in his motion related to the assault of Vincent Sterbutzal. The respondents deny the allegations contained in Amended Claim 4 (as further amended).

                                              THOMAS W. CORBETT, JR.
                                              **Attorney General**

                                              *[s] Christopher D. Carusone*
                               BY:   **CHRISTOPHER D. CARUSONE**
                                            **Senior Deputy Attorney General**
                                            **Attorney ID# 71160**

**OFFICE OF ATTORNEY GENERAL**
**Criminal Law Division**
**Capital Litigation Unit**
**Strawberry Square**
**Harrisburg, PA  17120**
**(717) 783-6273**

**Date:  July 20, 2007**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MARK BREAKIRON,** | : | |
| Petitioner | : | |
| | : | **Civil Action No. 00-300** |
| v. | : | |
| | : | **Judge Nora Barry Fischer** |
| **MARTIN HORN, et al.,** | : | |
| Respondents | : | **THIS IS A CAPITAL CASE** |

## CERTIFICATE OF SERVICE

AND NOW, this 20th day of July, 2007, I, Christopher D. Carusone, Senior Deputy Attorney General, counsel for respondents in the above-captioned matter, hereby certify that I this day served the foregoing **Response to Supplemental Motion to Amend Petition for Habeas Corpus** by causing a copy of the same to be transmitted *via* email, addressed as follows:

Stuart Lev, Esquire
Stuart_Lev@fd.org
(Counsel for Petitioner)

Tricia Russell, Esquire
Tricia_Russell@fd.org
(Counsel for Petitioner)

   *[s] Christopher D. Carusone*
**CHRISTOPHER D. CARUSONE**
**Senior Deputy Attorney General**