IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK BREAKIRON, | : |
| Petitioner, | : |
| v. | : CIVIL ACTION |
| | : No. 00 - 300: |
| MARTIN HORN, Commissioner, Pennsylvania Department of Corrections; CONNOR BLAINE, Superintendent of the State Correctional Institution at Greene, and JOSEPH P. MAZURKIEWICZ, Superintendent of the State Correctional Institution at Rockview, | : Judge Fischer |
| | : **THIS IS A CAPITAL CASE.** |
| Respondents. | : |

**ORDER**

AND NOW, this 23rd day of July, 2007, upon consideration of Petitioner's Supplemental Motion to Amend his Petition for Habeas Corpus, and any response thereto, it is hereby ORDERED that said motion is GRANTED and Claim 4 of the habeas petition is hereby AMENDED to include the facts surrounding the investigation of the Sterbutzal assault, as developed at the February 2, 2007 evidentiary hearing, and Petitioner's claims for relief arising from those facts.

BY THE COURT:

_____
Fischer, J.