IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MARK BREAKIRON,

        Petitioner,

        CIVIL ACTION

   v.

        No. 00-300

MARTIN HORN, et al.

        Respondents.        The Honorable Nora Barry Fischer

AND NOW, this 19TH day of September, 2007, it is hereby ORDERED as follows:

1. Petitioner shall filed a memorandum of law in support of his habeas corpus petition on or before December 19, 2007.

2. Respondents shall file their memorandum of law in response on or before March 19, 2008.

3. Petitioner may file a reply on or before April 21, 2008.

        s/Nora Barry Fischer
        Nora Barry Fischer
        United States District Judge

cc/ecf: All counsel of record

1