IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK BREAKIRON, | : | |
| Petitioner | : | |
| | : | Civil Action No. 00-300 |
| v. | : | |
| | : | Judge Nora Barry Fischer |
| MARTIN HORN, et al., | : | |
| Respondents | : | THIS IS A CAPITAL CASE |

### RESPONDENTS' UNOPPOSED MOTION
### FOR EXTENSION OF TIME TO FILE MEMORANDUM OF LAW

Respondents, through their attorneys, submit the following unopposed motion for an extension of time to file their memorandum of law, and in support thereof, aver:

1. The respondents' memorandum of law is currently due on March 19, 2008.

2. The respondents are responding to the petitioner's memorandum of law, which is 233 pages long.

3. Unfortunately, respondents require an additional 30 days to complete and file their memorandum of law.

4. Counsel for the respondents has spoken to Stuart B. Lev, Esquire, co-counsel for the petitioner. Mr. Lev has no objection to the extension.

WHEREFORE, the respondents respectfully request that their motion for an extension of time to file their memorandum of law be granted.

THOMAS W. CORBETT, JR.
Attorney General

BY:   _/s/ Christopher D. Carusone_
CHRISTOPHER D. CARUSONE
Senior Deputy Attorney General
Attorney ID# 71160

Date:  March 17, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MARK BREAKIRON,
    Petitioner

v.

MARTIN HORN, et al.,
    Respondents

Civil Action No. 00-300

Judge Nora Barry Fischer

THIS IS A CAPITAL CASE

## CERTIFICATE OF SERVICE

I, Christopher D. Carusone, Senior Deputy Attorney General, counsel for respondents in the above-captioned matter, hereby certify that I this day served the foregoing **Unopposed Motion for Extension of Time to File Memorandum of Law** by causing a copy of the same to be transmitted *via* email, addressed as follows:

Stuart B. Lev, Esquire
stuart_lev@fd.org
(Counsel for Petitioner)

    *[s] Christopher D. Carusone*
CHRISTOPHER D. CARUSONE
Senior Deputy Attorney General