IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK BREAKIRON,<br>　　　Petitioner | : | |
| | : | Civil Action No. 00-300 |
| v. | : | |
| | : | Judge Nora Barry Fischer |
| MARTIN HORN, et al., | : | |
| 　　　Respondents | : | THIS IS A CAPITAL CASE |

## ORDER

AND NOW, this _____ day of _____, 2008, the respondents' unopposed motion for an extension of time to file their memorandum of law is GRANTED. Respondents' memorandum of law shall be due on April 17, 2008.

BY THE COURT:

_____
Honorable Nora Barry Fischer
United States District Judge