IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK BREAKIRON, | : |
|     Petitioner | : |
| | :   Civil Action No. 00-300 |
| v. | : |
| | :   Judge Nora Barry Fischer |
| MARTIN HORN, et al., | : |
|     Respondents | :   THIS IS A CAPITAL CASE |

**ORDER**

AND NOW, this 18th day of March, 2008, the respondents' unopposed motion for an extension of time to file their memorandum of law is GRANTED. Respondents' memorandum of law shall be due on April 17, 2008. *Petitioner's Reply shall be due May 19, 2008.*

BY THE COURT:

*Nora Barry Fischer*
Honorable Nora Barry Fischer
United States District Judge